# GISKAN SOLOTAROFF & ANDERSON LLP
## Attorneys at Law

June 16, 2021

**BY ECF**
Hon. Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, New York, NY 10007

        Re:    Roccisano v. Centrica Business Solutions US, Inc
              Case No. 1:21-cv-1796 (AT)

Your Honor:

      I am the attorney for Plaintiff Sara Roccisano and write jointly with counsel for Defendant to inform the Court that the parties have reached an agreement in principle to resolve the above-referenced matter. The parties, however, need additional time to complete the corresponding paperwork. Accordingly, the parties respectfully request that the Court dismiss the action with leave to reinstate it within 60 days if the parties do not reach a final resolution or, alternatively, adjourn all pending deadlines and appearances for 60 days, including the time for Defendant to respond to the Complaint and the initial pre-trial conference and related deadlines.

      Thank you for your attention to this matter.

                                          Very truly yours,

                                          /s

                                          Jason L. Solotaroff

cc:    Philip Goldstein, Esq.
        Counsel for Defendant